**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-1588**

———————

IN RE:  JAMES E. REID,

Debtor.

------------------------

JAMES E. REID,

Debtor - Appellant,

versus

KNARF INVESTMENTS,

Creditor - Appellee,

and

ELLEN W. COSBY,

Trustee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District Judge.
(1:06-cv-02582-BEL; BK-01-50422)

———————

Submitted:  November 20, 2007        Decided:  November 28, 2007

———————

Before NIEMEYER, TRAXLER, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

James E. Reid, Appellant Pro Se.  Patricia Ann Borenstein, MILES &
STOCKBRIDGE, P.C., Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James E. Reid appeals the district court's orders dismissing his appeals from the bankruptcy court and denying his motions for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Reid v. Knarf Investments, Nos. 1:06-cv-02582-BEL; BK-01-50422 (D. Md. Apr. 5, 2007; Apr. 17, 2007; Apr. 30, 2007; May 18, 2007).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*]Reid has filed a motion to incorporate a decision of the bankruptcy court that was entered after he noted this appeal. We deny the motion but have forwarded it the district court to be docketed as a notice of appeal of the September 28, 2007, order pursuant to Fed. R. App. P. 4(d).